47,975-01,02,03,04

August 26,

Ms. Abel Acosta
Clerk of the court
Court of Criminal Appeals
Supreme Court Bldg.
201 W. 14th st. Rm.106
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 3 1 2015

Abel Acosta, Clerk

Victoria Franklin
Criminal District Court Reporter
133 N. Riverfront Bldg. 5th fl.
Dallas, Texas 75207-4313


RE: The State of Texas VS. Roy Jon
    Court of Criminal Appeals number unknown
    Trial Court no. W92-63805-L


Dear Clerk's of both court, please take juridical notice


        This is a request for both OFFICIAL CLERK'S, petitioer seek's
the ‖TRACKING DOCKET SHEET'S‼ Petitioner is requesting a itemize listing
of every instructment filed in your office, from April 1992 through
April 2015, to include the Statement of facts, or Transcripts, motion's
and any exhibit's or evidence filed in your office.

In support of this request, petitioner cites the Tex.Gov't.Code § 52.047
and the Tex.R.App.Proc. Rule 34.5
Petitioner, is also requesting to seek to know if these document's are
available for purchasing ?


                    RESPECTFULLY SUBMITTED

                    ROY JON #626840 (pro-se
                    O.B. Ellis Unit
                    1697 FM 980
c.c. filed          Huntsville, Texas 77340